NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIMON A. SOTO, ON BEHALF OF HIMSELF AND ALL OTHER INDIVIDUALS SIMILARLY SITUATED,**

*Plaintiff-Appellee*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

---

2022-2011

---

Appeal from the United States District Court for the Southern District of Texas in No. 1:17-cv-00051, Judge Rolando Olvera, Jr.

---

**SUA SPONTE**

---

PER CURIAM.

### O R D E R

Upon consideration of the judgment of the Supreme Court of the United States in *Simon A. Soto v. United States*, No. 24-320 reversing and remanding to this court for further proceedings consistent with the opinion of the Supreme Court,

2                                                          SOTO v. US

IT IS ORDERED THAT:

(1) The mandate of this court issued June 27, 2024, is
    recalled, the appeal is reinstated, and this court's
    February 12, 2024, opinion and judgment are va-
    cated.

(2) The Final Judgment of the district court is affirmed.
    The case is remanded to the district court for fur-
    ther proceedings in accordance with the Supreme
    Court's decision. The mandate shall issue 14 days
    from the date of this order.

FOR THE COURT

July 18, 2025
    Date

Jarrett B. Perlow
Clerk of Court